## Commonwealth *v.* Clark, Appellant.

Before

CONABOY, J.

Argued September 10, 1975. *Gene E. Goldenziel*, Assistant Public Defender, with him *Robert J. Nolan*, Assistant Public Defender, and *John J. Dunn, Sr.*, Public Defender, for appellant; *Howard M. Spizer*, Assistant District Attorney, with him *Ernest D. Preate, Jr.*, Assistant District Attorney, and *Paul R. Mazzoni*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.